IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN SZYMANIK and ROBERTA WINTERS,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID DOLGIN and JILL G. DOLGIN,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>   v.<br><br>VOLT TECHNICAL SERVICES, et al.,<br><br>        Third-Party Defendants. | Civil No. 06-1340-NLH-AMD |

## SCHEDULING ORDER

       This Matter having come before the Court as a result of a Request for Trial De Novo, filed on August 14, 2008, by counsel for Volt Technical Services, Volt Services Group, and Volt Technical Resources, LLC; and it appearing to the Court that the parties reserved their rights to conduct depositions of proposed expert witnesses and reserved their rights to file dispositive motions after the arbitration process; and for good cause shown:

       **IT IS** this **15th** day of **August 2008**, hereby **ORDERED**:

       1. Depositions of proposed expert witnesses shall be concluded by **September 30, 2008**.  The Court shall not permit at trial any witness testimony by video unless the witness is unavailable as set forth in F<small>ED</small>. R. C<small>IV</small>. P. 30(a)(4).

       2.  **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **October 10, 2008.**  Opposition to the motion should be served in a timely fashion. Counsel are to follow L. C<small>IV</small>. R. 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice - Generally).

       3.  The Court will conduct a Settlement Conference and Final Pretrial Conference on **November 21, 2008 at 12:00 P.M.**. Clients with settlement authority shall appear in person.  Counsel shall exchange and submit settlement memoranda to the Court at least two days prior to the conference.

       The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference.  The plaintiff's portion of the proposed order shall be prepared and sent to counsel not later than **October 31, 2008.**  The remaining parties' portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **November 14, 2008.  FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

       **<u>TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.</u>**  <u>Fed. R. Civ. P. 16(d)</u>.

         <u>s/ Ann Marie Donio</u>
         ANN MARIE DONIO
         United States Magistrate Judge

cc:  Hon. Noel L. Hillman